| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PHILLIP A. TALBERT<br>United States Attorney<br>JESSICA DELANEY<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:   (916) 554-2900 |

**FILED**
Apr 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>a black Hasselblad cellphone with serial number A13AA513; a dark grey Samsung cellphone with serial number VK20321CAT1, CURRENTLY LOCATED AT Evidence and Property Section, 46 Natoma Street in Folsom, California<br><br>A Blue 1999 Hyundai Elantra with California License Plate  DP933AW and VIN# KMHJF25F9XU760647 | ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS<br><br>2:23-SW-0662 DB<br><br><br><br>2:23-SW-1177 AC |

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

   Dated:  April 3, 2024

                                            _____
                                            The Honorable Carolyn K. Delaney
                                            UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS